UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:07CR21-MR |
| | ) | |
| v. | ) | **ORDER STRIKING** |
| | ) | **ARREST WARRANT** |
| AMPARO REYES HERNANDEZ | ) | |
| a/k/a MONICA MACRINA GUTIERREZ | ) | |
| | ) | |

Upon the government's Motion to Strike Arrest Warrant, and for the good cause shown, the Court hereby STRIKES the arrest warrant in this matter.

SO ORDERED this the 23 day of August, 2012.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE